**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| PATRICK DUANE WALKER, | Case No. 1:25-cv-01513 KES SKO |
| Plaintiff, | ORDER ADOPTING FINDINGS AND RECOMMENDATIONS, DISMISSING THE ACTION FOR FAILURE TO STATE A CLAIM, DENYING AS MOOT THE REQUEST TO REVIEW SOCIAL MEDIA ACCOUNTS, AND DIRECTING THE CLERK OF COURT TO CLOSE THIS CASE |
| v. | |
| UNITED STATES OF AMERICA, et al., | |
| Defendants. | |
| | Docs. 6, 8. |

Patrick Duane Walker seeks to hold the Government, former President of the United States Joseph R. Biden, and current President of the United States Donald Trump liable for violations of his rights, asserting that he has suffered physical and mental injuries due to a satellite being "locked" on him. The magistrate judge screened the complaint pursuant to 28 U.S.C. § 1915(e)(2) and found Walker failed to state a cognizable claim. The magistrate judge provided the applicable legal standards to state a claim and granted Walker leave to amend the complaint. Doc. 4. After Walker failed to file an amended complaint, the magistrate judge directed him to show cause why the action should not be dismissed. In response, Walker filed a letter requesting the Court look at his social media accounts for "proof." Doc. 6.

The magistrate judge reviewed the letter and found it reiterated his prior allegations. Doc. 8 at 1. As Walker did not address the deficiencies identified in the Screening Order, the

1

magistrate judge construed the filing as a notice of Walker's intent to stand on his original complaint.  *Id.*  The magistrate judge issued findings and recommendations, reiterating the findings of the Screening Order and recommending dismissal for failure to state a claim.  *Id.* at 2-6.

On February 4, 2026, the Court served the findings and recommendations on Walker and notified him that any objections were due within 21 days.  Doc. 8 at 6.  The Court also advised that failure to file timely objections may result in the waiver of rights on appeal.  *Id.* (citing *Wilkerson v. Wheeler*, 772 F.3d 834, 839 (9th Cir. 2014)).  Walker did not file objections, and the time to do so has passed.

In accordance with 28 U.S.C. § 636(b)(1), the Court reviewed this case de novo.  Having carefully reviewed the matter, the Court concludes the findings and recommendations are supported by the record and proper analysis.  Thus, the Court **ORDERS**:

1.   The findings and recommendations issued on February 4, 2026 (Doc. 8) are **ADOPTED** in full.

2.   This action is **DISMISSED** for failure to state a claim.

3.   The request for review of social media accounts (Doc. 6) is **DENIED** as moot.

4.   The Clerk of Court is directed to close this case.

IT IS SO ORDERED.

Dated:   <u>March 12, 2026</u>                    _____
                                              UNITED STATES DISTRICT JUDGE

2